```
CORRECTED

Court Name: U.S. District Court, NDCA
Division: 3
Receipt Number: 34611021711
Cashier ID: buckley
Transaction Date: 07/25/2008
Payer Name: BILL LOCKYER
------------------------------------
WRIT OF HABEAS CORPUS
 For: noel valdivia
 Case/Party: D-CAN-3-08-CV-003225-001
 Amount:        $5.00
------------------------------------
CHECK
 Check/Money Order Num: 187073314
 Amt Tendered: $5.00
------------------------------------
Total Due:       $5.00
Total Tendered:  $5.00
Change Amt:      $0.00

PJH

Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```

Date: July 17, 2008

TO: Clerk of the Court

From: Noel Valdivia Sr.
C-29917  3-N-21

Subject: $5.00 Filing Fee

DEAR Clerk, Enclosed is the $5.00 filing fee for Noel Valdivia Sr. C-29917 Case No. CV 08 3225 PJH (PR)

Sincerely,

Noel Valdivia Sr.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA**

Dear Sir or Madam:

Your petition has been filed as civil case number _____ CV 08 3225 PJH

✓ A filing fee of $5.00 is now due. If you are unable to pay the entire filing fee at this time, you must sign and complete this court's Prisoner's In Forma Pauperis Application in its entirety. If the application is granted, you will not have to prepay the fee.

Your petition is deficient because you did not pay the filing fee and:

1. ✓  you did not file an In Forma Pauperis Application.

2. ____  the In Forma Pauperis Application you submitted is insufficient because:

   ____ You did not use the correct form. You must submit this court's current Prisoner's In Forma Pauperis Application.

   ____ Your In Forma Pauperis Application was not completed in its entirety.

   ____ You did not sign your In Forma Pauperis Application.

   ____ You did not submit a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison.

   ____ You did not attach a copy of your prisoner trust account statement showing transactions for the last six months.

   ____ Other _____

Enclosed you will find this court's current Prisoner's In Forma Pauperis Application, which includes a Certificate of Funds in Prisoner's Account form, and a return envelope for your convenience.

**Warning: YOU MUST RESPOND TO THIS NOTICE.** If you do not respond within **THIRTY DAYS** from the filing date stamped above, your action will be DISMISSED, the file closed and the entire filing fee will become due immediately. Filing a Prisoner's In Forma Pauperis Application will allow the court to determine whether prepayment of the filing fee should be waived.

Sincerely,
RICHARD W. WIEKING, Clerk,

By _____
Deputy Clerk

rev. 11/07

VALDIVIA

*[Stamp: ORIGINAL FILED JUL -  2008 RICHARD W. WIEKING, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]*
*[Stamp: E-filing]*
*(PR)*

Noel Valdivia Sr. C-29917
San Quentin State Prison 3-N-21L
San Quentin, CA 94964

**BUSINESS REPLY MAIL**
FIRST-CLASS MAIL   PERMIT NO. 12615   WASHINGTON DC

POSTAGE WILL BE PAID BY UNITED STATES COURTS

US DISTRICT COURT
450 GOLDEN GATE AVE
PO BOX 36060
SAN FRANCISCO CA 94102-9680

NORTH BAY CA 945
23 JUL 2008 PM 4 L



LET US DARE TO READ
THINK, SPEAK    NO POSTAGE
John Adams, 1765  NECESSARY
                   IF MAILED
                   IN THE
                   UNITED STATES